No. 00–10162. MAYS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10168. ZANUDO-AMADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10183. POWERS v. WINGARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10188. BLACK v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–1438. REYNOLDS ET AL. v. ROBERTS, DIRECTOR, ALABAMA DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 11th Cir. Motion of National Bar Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–1464. PHELPS DODGE CORP. ET AL. v. UNITED STATES ET AL. Sup. Ct. Ariz. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–1509. CAMBRA, WARDEN v. ANTHONY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–1607. PARKER, WARDEN v. GALL. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–1636. TEN EYCK ET AL. v. LEATHER. C. A. 2d Cir. Motion of New York State Sheriffs' Association Institute, Inc., et al., for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–1663. PENK v. CLINTON, FORMER PRESIDENT OF THE UNITED STATES. C. A. 10th Cir. Certiorari before judgment denied.